JOHN PETER YOUNG *vs.* CHARLES R. DAVIS.

March 9, 1883.

Order setting aside Verdict as against Evidence.—Rule of former decisions followed and applied, that an order granting a new trial, upon the ground that the verdict is not justified by the evidence, will not be reversed, unless it is apparent that the preponderance of the evidence is in favor of the verdict.

Appeal by plaintiff from an order of the district court for Nicollet county, *Cox*, J., presiding, setting aside a verdict and granting a new trial.

*John Lind* and *Frank L. Randall*, for appellant.

*Ladd & Stone* and *C. R. Davis*, for respondent.

DICKINSON, J. The case presents a single issue of fact as to the ownership of a span of horses, the plaintiff claiming title by gift from his mother, now deceased, and the defendant claiming as administrator of the estate of the mother. The jury returned a verdict for the plaintiff. This was set aside by the court, upon the ground that it was not justified by the evidence, and a new trial was ordered. Plaintiff appealed. The evidence was conflicting, and the admitted conduct of the plaintiff in some respects conspicuously inconsistent with his claim of ownership. It is not apparent that the preponderance of the evidence was in favor of the verdict, or that the court abused its discretion in granting a new trial. The order must, there-

fore, be affirmed. *Marsh* v. *Webber*, 13 Minn. 99, (109;) *Hicks* v. *Stone*, Id. 398, (434;) *Rheiner* v. *Stillwater Street Ry. & Transfer Co.*, 29 Minn. 147; *Fox* v. *Burke*, Id. 171; *Pratt* v. *Pioneer Press Co.*, *ante*, p. 41; *Wilcox* v. *Landberg*, *ante*, p. 93.

Order affirmed.